LAMBERT FLORAL COMPANY *v.* LAMBERT.

COBB, J.    The evidence, though conflicting, was amply sufficient to warrant the finding of the jury in the justice's court; and there being no error assigned in the petition for certiorari, other than that the verdict was contrary to law and the evidence, the judge did not err in overruling the certiorari.
                    *Judgment affirmed.    By five Justices.*

Argued January 15, — Decided February 11, 1903.

Certiorari.    Before Judge Lumpkin.    Fulton superior court. March 31, 1902.

*W. H. Terrell,* for plaintiff in error.    *Arnold & Arnold,* contra.